UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:09MJ02081 AGF |
| | ) | |
| D'ANDRE DUKE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Government's Motion to Withdraw [Doc. #7] its previously filed Motion for Pretrial Detention and Hearing [Doc. # 4] filed on April 20, 2009, which Motion shall be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw its previously filed Motion for Pretrial Detention is **GRANTED**.  [Doc. # 7]

**IT IS FURTHER ORDERED** that Defendant shall be released on a $20,000 bond, secured by property or ten percent (10%) in cash, subject to the standard conditions of release and the following additional conditions of release:

1.   Defendant shall be subject to drug testing and drug treatment as deemed appropriate by the Pretrial Services Office;

2.   Home detention with electronic monitoring; and

3.   Defendant shall obtain no passport.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of April, 2009.